**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-00340-FDW-WCM**

| | | |
|---|---|---|
| **JOHN WESLEY RICE III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Plaintiff filed a complaint in this matter on June 8, 2023. (Doc. No. 1.) The Court denied Plaintiff's initial motion to proceed *in forma pauperis* (IFP) without prejudice to amending his application or paying the filing fee. (Doc. Nos. 2, 3.) Plaintiff timely filed an amended IFP motion, (Doc. No. 4), which this Court denied. (Doc. No. 5.) The Court ordered Plaintiff to make an initial installment payment of $20 toward the filing fee in this matter by August 7, 2023, and advised Plaintiff that this case would be dismissed without further notice, and without prejudice, should Plaintiff fail to comply with the Court's Order. (Id. at 2.) Plaintiff has not complied, and the deadline to do so has expired. Thus, the Court will dismiss this action.

**IT IS THEREFORE ORDERED** that this action is hereby **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

Signed: January 22, 2024

Frank D. Whitney
United States District Judge

1